UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-00380-RJC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **Order** |
| PETER G. VON STREERUWITZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** comes before the Court on the United States' Motion for Default Judgment (the "Motion") (Doc. No. 6). On September 15, 2021, the Clerk of Court entered a default against Defendant Peter G. von Streeruwitz ("Defendant") (Doc. No. 5). Thereafter, on October 26, 2021, the United States filed its Motion for Default Judgment. To date, Defendant has not appeared, cured his default, responded to the Motion, or otherwise defended this action. Having considered the Complaint, the Motion, and the record, the Court finds that default judgment is appropriate.

**IT IS, THEREFORE, ORDERED:**

1. The United States' Motion for Default Judgment (Doc. No. 6) is **GRANTED**; and

2. Judgment is entered in favor of the United States and against Defendant Peter G. von Streeruwitz as a penalty for failure to timely report his interest in foreign bank account on a Report of Foreign Bank and Financial Accounts ("FBAR") for 2006 through 2012, the sum of $74,598.62 (which includes a late-payment penalty of $8,227.39, in addition to the FBAR penalty assessment of $65,000, and pre-judgment interest of $1,371.23),

plus accrued pre-judgment interest on the FBAR penalty assessment as provided by 31 U.S.C. § 3717(a)(1) and accrued late-payment penalties under 31 U.S.C. §3717(e)(2) from and after October 25, 2021 and to the date of entry of this judgment. Post-judgment interest on the FBAR penalty assessment shall accrue pursuant to 28 U.S.C. § 1961(a) and post-judgment late-payment penalties shall accrue pursuant to 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9, until the judgment is paid in full.

Signed: December 30, 2021

Robert J. Conrad, Jr.
United States District Judge